THE STATE, GRIFFITH M. COOPER, PROSECUTOR, PLAINT-
IFF IN ERROR, v. MAYOR, &c., OF JERSEY CITY, DE-
FENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Charles H. Voorhis.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the
reasons given below.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
ABBETT, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED,
BOGERT, CLEMENT, SMITH.   11.

*For reversal*—None.